IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DWIGHT WINKLEY, FATHER AND WRONGFUL DEATH
BENEFICIARY OF ISAIAH WINKLEY, DECEASED, AND AS
REPRESENTATIVE OF ALL WRONGFUL DEATH BENEFICIARIES
OF ISAIAH WINKLEY; CATHY WINKLEY; DANIELLE WINKLEY
HUTCHINSON; SHANNA WINKLEY EDEL AND JEREMIAH
WINKLEY, AS WRONGFUL DEATH BENEFICIARIES OF ISAIAH
WINKLEY, DECEASED                                                                                    PLAINTIFFS

V.                                                           CIVIL ACTION NO. 1:23-CV-213-LG-RPM

HANCOCK COUNTY MISSISSIPPI; RICKY ADAM,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF
HANOCK COUNTY, MISSISSIPPI; MICHAEL CHASE
BLACKWELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS DEPUTY OF HANCOCK COUNTY SHERIFF'S OFFICE;
AND JOHN DOES 1-5                                                                                 DEFENDANTS

**AGREED ORDER DISMISSING MICHAEL CHASE
BLACKWELL IN HIS OFFICIAL CAPACITY ONLY**

This day this cause came on to be heard on Michael Chase Blackwell's (Official Capacity Only) [11] Motion for Judgment on the Pleadings and, the Court, having considered the same and it being made known to the Court that the parties are in agreement thereto, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Michael Chase Blackwell's (Official Capacity Only) [11] Motion for Judgment on the Pleadings is GRANTED. All official capacity claims asserted against Michael Chase Blackwell under 42 U.S.C. § 1983 are duplicative of those asserted against Hancock County and are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED AND APPROVED:

/s/Lance L. Stevens_____
LANCE L. STEVENS, ESQ. (MSB #7877)
Stevens Law Group
190 Gateway Drive, Suite A
Brandon, MS 39042
601.829.6618 (Phone)
601.829.6623 (Fax)
lance@stevenlawgrouppllc.com
    *Attorney for Plaintiffs*


/s/William R. Allen_____
WILLIAM R. ALLEN, ESQ. (MSB #100541)
KATELYN A. RILEY, ESQ. (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
kriley@aabalegal.com
    *Attorneys for Defendant, Michael Chase Blackwell, Officially*