IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DWIGHT WINKLEY, Father and Wrongful Death Beneficiary of Isaiah Winkley, deceased, and as a Representative of all Wrongful Death Beneficiaries of Isaiah Winkley, et al.**     **PLAINTIFFS**

v.     **CAUSE NO. 1:23CV213-LG-RPM**

**HANCOCK COUNTY, MISSISSIPPI, et al.**     **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of all claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 5th day of January, 2026.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge